```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
WARREN COOPER,

                    Plaintiff,
                                            ORDER
          -against-                         14-CV-1558(JS)(ARL)

NASSAU COUNTY CORRECTION,

                    Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:     Warren Cooper, pro se
                   13003205
                   Nassau County Correctional Center
                   100 Carman Avenue
                   East Meadow, New York 11554

For Defendants:    No appearance
```

SEYBERT, District Judge:

Incarcerated _pro se_ plaintiff Warren Cooper ("Plaintiff"), filed an _in forma pauperis_ Complaint in this Court on March 5, 2014 pursuant to 42 U.S.C. § 1983 against Nassau County Correction. Plaintiff's _in forma pauperis_ application was incomplete and unsigned. In addition, Plaintiff did not submit the required Prisoner Authorization form at the time he filed his Complaint. Accordingly, on March 12, 2014, the Court's _Pro Se_ Office sent Plaintiff a Notice of Deficiency ("Notice") advising Plaintiff that he must complete, sign, and return the enclosed _in forma pauperis_ application and Prisoner Authorization form within fourteen (14) days in order to proceed with this action. To date, Plaintiff has not responded to the Notice or otherwise communicated with the Court.

Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to close this case and to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: May   12  , 2014
       Central Islip, New York